

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

December 17, 2007



<u>By Hand</u>

Hon. Theodore H Katz
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

      Re:  <u>Maura Garcia v. Astrue</u>
           07 Civ. 6658(DAB)(THK)

Dear Judge Katz:

      This Office represents the Commissioner of Social Security, defendant in this action. We write respectfully to request an extension of defendant's time to answer or move with respect to the complaint.

      After one adjournment was granted due to a delay in the preparation of the administrative record, the answer is now due on December 17, 2007. This Office has only recently received the administrative record in this case. In order to allow time to review the record, and, if necessary, to discuss it with Social Security Administration personnel, we respectfully request that defendant's time to answer or move be extended to February 8, 2008. The plaintiff, who is proceeding <u>pro se</u>, consents to this request.

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
JOHN E. GURA, JR.
Assistant United States Attorney
Telephone: (212) 637-2712
Fax: (212) 637-2750

cc: Maura Garcia
(By Mail)

*The response to the Complaint shall be filed by February 8, 2008. Any reply shall be filed by February 25, 2008.*

**SO ORDERED**
12/19/07
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

2