

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street, 3rd Floor
New York, New York 10007

February 8, 2008

By Hand

Hon. Theodore H. Katz
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

    Re:   Maura Garcia v. Astrue
           07 Civ. 6658(DAB)(THK)

Dear Judge Katz:

    This Office represents the Commissioner of Social Security, defendant in this action. We write respectfully to request an extension of defendant's time to answer and move with respect to the complaint.

    Defendant's answer and motion with respect to the complaint are due today, February 8, 2008. This Office has requested additional information regarding this case from the Social Security Administration, which we need to complete the Government's answer and accompanying motion. Because we have been advised by the agency that there will be a delay in producing the necessary information, we respectfully request that the Court's scheduling order be amended as follows:

    1)   Defendant shall answer and serve his motion for judgment on the pleadings by March 13, 2008.

    2)   Plaintiff shall serve an opposition and reply by April 11, 2008;

    3)   Defendant shall serve a reply, if any, by April 25, 2008.

    Plaintiff, who is proceeding pro se, has consented to this request. Two previous requests for an adjournment of the answer have been granted by the Court.

Granted. So ordered.
Theo. H. K[atz]
USMJ
2/11/08